IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 4:02CR3199 |
| Plaintiff, ) | |
| ) | |
| ) | DETENTION ORDER |
| vs. ) | |
| ) | PETITION FOR |
| TROY EUGENE CASARES, ) | ACTION ON CONDITIONS |
| ) | OF |
| Defendant. ) | SUPERVISED RELEASE |
| ) | |

    The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

August 11, 2011                              BY THE COURT:

                                                      *s/Cheryl R. Zwart*
                                                      United States Magistrate Judge